

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

07CV7048
JUDGE KENNELLY
MAG. JUDGE KEYS

In the Matter of                                        Case

Ronald DeWayne Smith, (7-3-55)
A Resident of West Virginia

DEC 14 2007

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Ronald DeWayne Smith

FILED
J.N
DEC 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| SIGNATURE _[signature]_ | |
| FIRM Offices of Richard C. Mottweiler - Lawyer | |
| STREET ADDRESS 70 W. Madison St. Suite 1400 | |
| CITY/STATE/ZIP Chicago Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1937669 | TELEPHONE NUMBER 312 263 0062   Cell 312 363 8325 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |