

FILED
J.N
DEC 1 4 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | NO._____ |
| | ) | IN PROCEEDING FOR |
| V. | ) | PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| STATE OF ILLINOIS, a body Politic, | ) | |
| STATE OF WEST VIRGINIA, a body Politic, | ) | 07CV7048<br>JUDGE KENNELLY<br>MAG. JUDGE KEYS |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| ILLINOIS, RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY, COOK COUNTY, | ) | |
| ILLINOIS | ) | |
| RESPONDENTS/ DEFENDANTS | ) | |

EMERGENCY MOTION TO TRAVEL TO WEST VIRGINIA TO EXERCISE

AND PRACTICE PETITIONER'S FREEDOM OF RELIGION

1

TO: THE HONORABLE CHIEF JUDGE AND JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION:

1. RONALD DEWAYNE SMITH (DOB 7/3/55) hereinafter sometimes "SMITH" or "petitioner" a resident of the respondent, State of West Virginia has initiated and there is now pending in this Court, his petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. 2241(c)(3).

2. Prior to a response and full hearing by respondents, SMITH brings this Motion as an Emergency for an order by this Court allowing, permitting Petitioner, or directing the Sheriff of Cook County to allow petitioner to travel to West Virginia To Exercise and Practice Petitioner's Freedom of Religion.

3. Petitioner is a graduate of The Moody Bible Institute in Chicago, Illinois and in the Northern District of Illinois. Petitioner traveled to Illinois in 2003 from his domicile in West Virginia to obtain a Masters of Divinity degree from the Moody Bible Institute, which the Moody Bible Institute in Chicago awarded Petitioner, May 2006.

4. On November 2, 2005, immediately prior to his graduation and receipt of his Masters of Divinity degree, the State of West Virginia on its claim of a false address given it in December 2001, issued a warrant for petitioner's extradition. The United States Marshall's Service for the Northern District of Illinois served the warrant taking Petitioner into custody and turning him over to the Chicago Police Department where upon West Virginia dropped and abandoned its claim for extradition.

5. Without the required hearing the State of Illinois holds petitioner in its custody on a cash bail bond of $125,000.00 provided by petitioner's pastor for the bailable offense of failure to register as a West Virginia "sex offender" in violation of Illinois law, and has indicted petitioner.

6. Since December 13, 2005, the State of Illinois holds petitioner in violation of the United States Constitution and Civil Rights Act on its indictment that petitioner was "convicted" of a "crime against nature" (Sodomy) and therefore is a "sex offender" who served time in a West Virginia prison.

7. Notwithstanding the fact that petitioner is not wanted in West Virginia since the modification of its judgment January 2, 2003, and its failure to extradite petitioner, the State of Illinois continues to hold petitioner for trial for conduct (petitioner's failure to register

as a West Virginia "sex offender") that appears on the face of its indictment is not and cannot constitute a crime against the people of Illinois.

8. On two occasions the State of Illinois has allowed petitioner to travel to West Virginia to visit his family and to meet, preach and teach at his Church. On each occasion, petitioner faithfully obeyed orders of the State of Illinois, returning to Illinois as ordered. However, since April 2007, the State of Illinois refuses without good or sufficient and reasonable cause to permit petitioner to travel to West Virginia to practice and exercise his freedom of religion.

9. Petitioner's Trinity Baptist Church in Martinsburg, Virginia needs petitioner to return for preaching and teaching duties during the Christmas days and times of the season that already have begun. The congregation states petitioner is scheduled to preach Sunday December 16, 2007 and on scheduled church meetings thereafter through Christmas day and the days of thanksgiving for God's gift of Jesus Christ through the end of the year.

10. Petitioner agrees to submit to every reasonable stipulation and direction of this Court in order that he may leave Illinois, travel to and return from West Virginia including but not limited to the reporting to a United States Marshall in West Virginia.

WHEREFORE, petitioner respectfully prays that during the determination of his Petition For Habeas Corpus, this Court enter its Order allowing, permitting Petitioner, or directing the Sheriff of Cook County to allow petitioner to travel to West Virginia To Exercise and Practice Petitioner's Freedom of Religion and for such other and further relief as justice requires.

RONALD DE WAYNE SMITH

BY *[signature]*

RICHARD C. MOENNING, HIS LAWYER

70 West Madison Street

Suite 1400

Chicago, Illinois 60602

312-263-0062