

**FILED**
DEC 18 2007    DEC 1 8 2007   NH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | NO. 07 C 7048 |
| | ) | IN PROCEEDINGS FOR |
| V. | ) | PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| STATE OF ILLINOIS, a body Politic, | ) | |
| STATE OF WEST VIRGINIA, a body Politic, | ) | |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | Judge Matthew Kennelly |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | Magistrate Judge Keys |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| ILLINOIS, RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY, COOK COUNTY, | ) | |
| ILLINOIS | ) | |
| RESPONDENTS/ DEFENDANTS | ) | |

**NOTICE OF EMERGENCY MOTION**

To: RICHARD A. DEVINE, STATES' ATTORNEY
COOK COUNTY, ILLINOIS
ATTN: JENNI SCHECK, ASA
2650 S. California Avenue, 12th Floor
Chicago, Illinois 60608

LISA MADIGAN
ILLINOIS ATTORNEY GENERAL
100 WEST RANDOLPH STREET, 12TH FLOOR
CHICAGO, ILLINOIS 60601

**PLEASE TAKE NOTICE**, on Wednesday, December 19, 2007, at 11:00 a.m., I shall appear before the Honorable Matthew Kennelly, United States District Judge in Court Room 2103 in the Dirkson Federal Court House and Office Building, 219 S. Dearborn Street to present the Emergency Motion of Ronald DeWayne Smith To Travel To West Virginia to Exercise and Practice Petitioner's Freedom of Religion, a copy of which motion is attached to this Notice together with a copy of the Petition For Writ of Habeas Corpus, at which time and place you are given notice to appear.

_____

PROOF OF SERVICE

I, the undersigned lawyer, pursuant to the Federal Rules of Civil Procedure certify I served the above named Richard A. Devine Attn: Jenni Scheck, ASA and Lisa Madigan, Illinois Attorney General by delivering a copy of the above named Notice of Emergency Motion, on Monday, December 17, 2007 before the hour of 2:00 P.M., by personal service.

_____

Richard C. Moenning, 47034
70 West Madison Street, Suite 1400
Chicago, Illinois 60602
312-263-0062