**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ronald Dewayne Smith
                         Plaintiff,

v.                                                  Case No.: 1:07−cv−07048
                                                Honorable Matthew F. Kennelly

State of Illinois
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

      MINUTE entry before Judge Matthew F. Kennelly : Plaintiff's motion to travel to West Virginia [4] is denied for the reasons stated in open court. Response to petition for habeas corpus is to be filed by 1/16/2008. Status hearing set for 1/28/2008 at 09:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.