**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ronald Dewayne Smith
                            Plaintiff,

v.                                                   Case No.: 1:07−cv−07048
                                                      Honorable Matthew F. Kennelly

State of Illinois
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 28, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing held on 1/28/2008. Petitioner has leave of court to file an amended petition by 2/18/2008. Response to County's motion to dismiss due by 3/3/2008. Reply is due by 3/17/2008. Ruling by mail. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.