IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | NO. 07 C 7048 |
| V. | ) | PROCEEDINGS FOR |
| | ) | PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | and OTHER RELIEF |
| STATE OF ILLINOIS, a body Politic, | ) | |
| STATE OF WEST VIRGINIA, a body Politic, | ) | |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| ILLINOIS, RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY, COOK COUNTY, | ) | |
| ILLINOIS | ) | |
| RESPONDENTS/ DEFENDANTS | ) | |

**AGREED MOTION TO EXTEND TIME**

1

RONALD DEWAYNE SMITH, petitioner/complainant in these proceedings for Writ of Habeas Corpus respectfully moves this Honorable Court after consultation with defendant RICHARD A. DEVINE ,STATES ATTORNEY, COOK COUNTY, ILLINOIS and on agreement with opposing counsel to extend the time in which plaintiff/complainant shall amend his petition to seek relief pursuant to United States Code, Title 42, Sections 1981 et. al. , the United States Constitution and Illinois Constitution of 1970, and applicable statutes providing for an injunction of a pending State of Illinois prosecution 14 days, from the date of the filing of this motion to April 4, 2008 and in support thereof respectfully represent the following:

1.  On January 28, 2008, this Honorable Court upon appearance of counsel allowed plaintiff to February 18, 2008 to amend his complaint to add a certification and possibly additional counts, to March 3, 2008 to respond to defendant DEVINE's Motion to Dismiss, and DEVINE to March 17, 2008 to reply.  Plaintiff realized upon commencement of the needed research he did not allow himself sufficient time to initiate and complete necessary research, communicate and provide relevant papers for his counsel, appear on the related criminal indictment in the State Court, and to draft and revise the proposed pleadings. Additionally plaintiff's counsel has been required to commence Mandatory Legal Education requirements for Illinois lawyers by the Illinois Supreme Court.

2.  Plaintiff's counsel has consulted with counsel for defendant DEVINE who advised counsel that additional time was agreeable and that an appropriate pleading to this Court should be made.

3.  Plaintiff's counsel was out of the State March 8, 2008 through March 15, 2008 without completing an agreed motion and in his absence plaintiff appeared without counsel in the State Court. An additional status date has been set April 1, 2008 when pleadings are required in preparation of the defense of the indictment.

4.  Plaintiff's research is difficult and slowed since defendant DEVINE opposes plaintiff's return to West Virginia for access to his files and records of the prior West Virginia prosecution, and the facts and circumstances giving rise to the agreed *nolo contendre plea*. Nonetheless plaintiff asserts the existence of essential facts to establish notice to defendants that plaintiff's civil rights have been and continue to be violated by West Virginia's negligent and illegal conduct and actions giving the impression plaintiff is conducting a one man pattern of criminal misconduct by failing to register a West Virginia "conviction" in Illinois. Plaintiff's proposed Amended Complaint is being prepared to allege in short concise statements the violations of his civil rights and the prejudice he has sustained by the knowingly illegal arrest initiated by West Virginia, participated in by defendants DEVINE and MADIGAN, and the publication on a National Internet

of a "None Compliant Registrant." As discussed with opposing counsel plaintiff's amended complaint intends to clarify and respond with cogent reasons to DEVINE's Motion To Dismiss.

5. Plaintiff needs additional time to Amend his complaint to add the statutory imposed certification and the violation of civil rights counts in this Court and to prepare pleadings to defend against a trial for his alleged violation of Illinois law pertaining to sex offenders. A Court appearance in the Circuit Court of Cook County is scheduled April 1, 2008 and an extension to April 4, 2008 will assist plaintiff in completing and filing his amended complaint and further reporting the status of state court proceedings to this Court.

WHEREFORE, upon plaintiff's earlier consultation with opposing counsel and agreement, plaintiff prays this Honorable Court extend the date for filing his amended complaint to April 4, 2008, and for such other and further relief as this Court directs.

                RONALD DE WAYNE SMITH, PETITIONER

                    s/  Richard C. Moenninng

                BY:  RICHARD C. MOENNING, LAWYER


70 West Madison Street

Suite 1400

Chicago, Illinois 60602

312-263-0062