IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | NO. 07 C 7048 |
| | ) | IN PROCEEDINGS FOR |
| V. | ) | PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| STATE OF ILLINOIS, a body Politic, | ) | |
| STATE OF WEST VIRGINIA, a body Politic, | ) | |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | Judge Matthew Kennelly |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | Magistrate Judge Keys |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| ILLINOIS, RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY, COOK COUNTY, | ) | |
| ILLINOIS | ) | |
| RESPONDENTS/ DEFENDANTS | ) | |

**NOTICE OF MOTION**

TO:   RICHARD A. DEVINE, STATES' ATTORNEY    LISA MADIGAN

| | |
|---|---|
| COOK COUNTY, ILLINOIS<br>ATTN: MARIE QUINLIVAN CZECH, ASA<br>309 Richard J. Daley Center<br>Chicago, Illinois 60602 | ILLINOIS ATTORNEY GENERAL<br>100 WEST RANDOLPH STREET<br>12TH FLOOR<br>CHICAGO, ILLINOIS 60601 |

**PLEASE TAKE NOTICE**, on Thursday, March 27, 2008, at 9:30 a.m., I shall appear before the Honorable Matthew Kennelly, United States District Judge in Court Room 2103 in the Dirkson Federal Court House and Office Building, 219 S. Dearborn Street to present the Plaintiff's Agreed Motion To Extend Time, a copy of which motion I electronically filed March 21, 2008 together with a copy of the Agreed Motion, and a paper copy delivered to the Court's Minute Clerk, at which time and place you are given notice to appear unless notified not to appear by 3:00 P.M. March 26, 2008.

s/ Richard C. Moenning

_____

PROOF OF SERVICE

I, the undersigned lawyer, pursuant to the Federal Rules of Civil Procedure certify I served the above named Richard A. Devine Attn: Marie Quinlivan Czech, ASA and Lisa Madigan, Illinois Attorney General, on Friday, March 21, 2008 before the hour of 5:00 P.M., by electronic service.

s/ Richard C. Moenning

_____

Richard C. Moenning, 47034
70 West Madison Street, Suite 1400
Chicago, Illinois 60602
312-263-0062

Case 1:07-cv-07048 Document 14 Filed 03/21/2008 Page 3 of 3