# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7048 | **DATE** | 4/9/2008 |
| **CASE TITLE** | Smith vs. State of Illinois | | |

**DOCKET ENTRY TEXT**

It has come to the Court's attention that although a ruling on petitioner's motion for extension of time was posted on CourtWeb on 3/26/08 and presumably was read by petitioner's counsel (as he did not appear in court the next day), no order was entered on the docket - and to boot, petitioner did not file his amended petition by the date he requested. The Court therefore orders as follows: petitioner's motion for extension fo time is granted. [docket no. 13] The amended petition is to be filed by 4/16/08, not 4/4/08 as originally ordered. The case is set for a status hearing on 4/23/08 at 9:30 a.m

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|