IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | NO. 07 C 7048 |
| V. | ) | PROCEEDINGS FOR |
| | ) | PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| | ) | and OTHER RELIEF |
| STATE OF ILLINOIS, a body Politic, | ) | |
| STATE OF WEST VIRGINIA, a body Politic, | ) | |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| ILLINOIS, RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY, COOK COUNTY, | ) | |
| ILLINOIS | ) | |
| RESPONDENTS/ DEFENDANTS | ) | |

**MOTION TO EXTEND TIME**

1

RONALD DEWAYNE SMITH, petitioner/complainant in these proceedings for Writ of Habeas Corpus respectfully moves this Honorable Court to modify its Minute Order entered April 11, 2008 to permit plaintiff an additional two days to complete and file his amended Complaint and in support thereof respectfully states:

1. Upon receipt of this Court's Minute Order plaintiff completed research and organization of the amended complaint. The research needed was a review of approximately 8 court transcripts from proceedings in the underlying case in West Virginia. Consultations were needed and had with plaintiff to reduce the factual allegations and to refine the most essential civil rights violations and the relief sought whether equitable, injunctive, or where appropriate damages.

2. Additionally, as previously presented to this Court, plaintiff's research is difficult and slowed since defendant DEVINE opposes plaintiff's return to West Virginia for access to his files and records of the prior West Virginia prosecution, and the facts and circumstances giving rise to the agreed *nolo contendre plea*. Nonetheless plaintiff asserts the existence of essential facts to establish notice to defendants that plaintiff's civil rights have been and continue to be violated by West Virginia's negligent and illegal conduct and actions giving the impression plaintiff is

      conducting a one man pattern of criminal misconduct by failing to register a West Virginia "conviction" in Illinois.

3. The factual allegations in this case extend back to 1992 even though the relief sought commences with violations of plaintiff's civil rights from 2005 and are therefore most complex and in need of reduction to a brief statement of claim.

4. In addition to the work required to ensure an adequate and professional presentation of plaintiff's claims, plaintiff's counsel must appear in DeKalb County Thursday April 17, 2008 at 2:30 P.M. on a two contested motions on which no agreement with opposing counsel was possible.  Thus, timely compliance with the Court's minute order requires another 48 hours to permit the completion of the amended complaint.

5. The Court has ordered the parties to appear Wednesday, April 23, 2008 at 9:30 a.m. and the additional 48 hours does not require modification of the Court's calendar.

WHEREFORE, upon plaintiff's earlier consultation with opposing counsel and agreement, plaintiff prays this Honorable Court extend the date for filing his amended complaint to April 18, 2008, and for such other and further relief as this Court directs.

                              RONALD DE WAYNE SMITH, PETITIONER

s/ Richard C. Moenning

BY: RICHARD C. MOENNING, LAWYER

70 West Madison Street

Suite 1400

Chicago, Illinois 60602

312-263-0062

4