IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
|     PETITIONER/COMPLAINANT | ) | NO. 07 C 7048 |
| | ) | IN PROCEEDINGS FOR |
|     V. | ) | PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| STATE OF ILLINOIS, a body Politic, | ) | |
| STATE OF WEST VIRGINIA, a body Politic, | ) | |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | Judge Matthew Kennelly |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | Magistrate Judge Keys |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| ILLINOIS, RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY, COOK COUNTY, | ) | |
| ILLINOIS | ) | |
|     RESPONDENTS/ DEFENDANTS | ) | |

**NOTICE OF MOTION**

To:   RICHARD A. DEVINE, STATES' ATTORNEY      LISA MADIGAN

| | |
|---|---|
| COOK COUNTY, ILLINOIS<br>ATTN: Marie Quinlivan Czech, ASA<br>300 Richard J. Daley Center, Room 309<br>Chicago, Illinois 60602 | ILLINOIS ATTORNEY GENERAL<br>100 WEST RANDOLPH STREET<br>12TH FLOOR<br>CHICAGO, ILLINOIS 60601 |

**PLEASE TAKE NOTICE**, on Wednesday, April 23, 2008, at 9:30 a.m., I shall appear before the Honorable Matthew Kennelly, United States District Judge in Court Room 2103 in the Dirkson Federal Court House and Office Building, 219 S. Dearborn Street to present the Motion of Ronald DeWayne Smith To Extend the Time Ordered April 11, 2008 to file his Amended Complaint from April 16, 2008 to April 18, 2008, a copy of which motion filed April 17, 2008, is attached to this Notice, at which time and place you are given notice to appear.

_____

PROOF OF SERVICE

I, the undersigned lawyer, pursuant to the Federal Rules of Civil Procedure certify I served the above named Richard A. Devine Attn: Marie Quinlivan Czech, ASA and Lisa Madigan, Illinois Attorney General by delivering a copy of the above named Notice of Motion, on Friday, April 18, 2008 before the hour of 5:00 P.M., by electronic service.

_____

Richard C. Moenning, 47034
70 West Madison Street, Suite 1400
Chicago, Illinois 60602
312-263-0062

312-263-0064 FAX