IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | NO. 07 C 7048 |
| | ) | IN PROCEEDINGS FOR |
| V. | ) | PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| STATE OF ILLINOIS, a body Politic, | ) | |
| STATE OF WEST VIRGINIA, a body Politic, | ) | |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | Judge Matthew Kennelly |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | Magistrate Judge Keys |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, THOMAS | ) | |
| DART, SHERIFF OF COOK COUNTY, | ) | |
| ILLINOIS, RICHARD A. DEVINE, | ) | |
| STATES ATTORNEY, COOK COUNTY, | ) | |
| ILLINOIS | ) | |
| RESPONDENTS/ DEFENDANTS | ) | |

**NOTICE OF FILING**

To:   RICHARD A. DEVINE, STATES' ATTORNEY     LISA MADIGAN

| | |
|---|---|
| COOK COUNTY, ILLINOIS<br>ATTN: MARIE QUINLIVAN CZECH,ASA<br>309 Richard J. Daley Center<br>Chicago, Illinois 60602 | ILLINOIS ATTORNEY GENERAL<br>100 WEST RANDOLPH STREET<br>12${}^{TH}$ FLOOR<br>CHICAGO, ILLINOIS 60601 |

**PLEASE TAKE NOTICE**, on Saturday, April 19, 2008, at 3:00 a.m., I filed with the Clerk of the United States District Court, pending disposition by the Court of plaintiff's Motion To Extend Time to file Plaintiff's Amended Petition and Complaint for Violations of Civil Rights filed April 17, 2008 for presentation April 23, 2008 a copy of which Amended Petition and Complaint I electronically filed April 19, 2008, and a paper courtesy copy of which Amended Complaint I delivered to the Court's Minute Clerk, Monday, April 21, 2008.

s/ Richard C. Moenning

_____

PROOF OF SERVICE

I, the undersigned lawyer, pursuant to the Federal Rules of Civil Procedure certify I served the above named Richard A. Devine Attn: Marie Quinlivan Czech, ASA and Lisa Madigan, Illinois Attorney General, on Saturday, April 19, 2008, before the hour of 3:15 a.m., by electronic service.

s/ Richard C. Moenning

_____

Richard C. Moenning, 47034
70 West Madison Street, Suite 1400
Chicago, Illinois 60602
312-263-0062

Case 1:07-cv-07048    Document 22    Filed 04/19/2008    Page 3 of 3