**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Ronald Dewayne Smith
                                    Plaintiff,

v.                                                                                       Case No.: 1:07−cv−07048
                                                                                         Honorable Matthew F. Kennelly

State of Illinois
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Motion for extension of time to Amend [17] is granted. County and State of Illinois' response to amended complaint is to be filed by 5/14/2008. Status hearing held on 4/23/2008 and continued to 5/21/2008 at 09:30 AM. Pending motions to dismiss are termed. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.