IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

___

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 07 C 7048 |
| v. | ) | The Honorable Judge |
| | ) | Matthew Kennelly |
| STATE OF ILLINIOS, et al, | ) | |
| | ) | |
| Respondents. | ) | |

___

## AGREED MOTION FOR EXTENSION OF TIME

Respondents, THOMAS DART and RICHARD DEVINE, by and through their attorney, RICHARD A. DEVINE, State's Attorney of Cook County, respectfully request an extension of time to and including June 4, 2008 for the filing of their response to petitioner's "Amended Petition for Writ of Habeas Corpus and Complaint for Violations Civil Rights."

1. Respondent's response is due on May 14, 2008. However, counsel for respondents Thomas Dart and Richard Devine respectfully request an additional three weeks to prepare their response. Mr. Richard Moenning, counsel for petitioner, has agreed to this motion with the understanding that the time allotted for his response will also be extended.

2. This is respondent's first request for an extension of time.

3. Petitioner presents two claims: a petition for writ of habeas corpus and a complaint under the Civil Rights Act. This requires responses from two different divisions of the State's

Attorney's office. Counsel for respondent respectfully requests this extension so that the State's Attorney's office can appropriately coordinate it s response.

                Respectfully submitted,

                RICHARD A. DEVINE
                State's Attorney of Cook County
                309 Richard J. Daley Center
                Chicago, Illinois 60602
                (312) 603-5496

By: _____
      Marie Quinlivan Czech,
      Assistant State's Attorney

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RONALD DEWAYNE SMITH. ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 07 C 7048 |
| ) | The Honorable Judge |
| STATE OF ILLINOIS, et al, ) | Matthew Kennelly |
| ) | |
| Respondents. ) | |

**NOTICE OF FILING**

**To: RICHARD MOENNING**     LISA MADIGAN
70 West Madison Street       Attorney General
Suite 1400                   State of Illinois
Chicago, IL. 60602           MICHAEL GLICK
                             Assistant Attorney General
                             100 West Randolph Street, Suite 1200
                             Chicago, Illinois 6060

    PLEASE TAKE NOTICE that on Monday, May 12, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the attached Motion for Extension of Time, a copy of which is hereby served upon you. Further, on April 22, 2008, I will appear before Judge Kennelly, at 219 S. Dearborn, Chicago, Illinois Courtroom 2103, and present argument on the attached motion.

                                                 Respectfully submitted,

                                                 _____

                                                 Marie Quinlivan Czech,
                                                 One of the Attorneys for Respondents