**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number:    **07 C 7048**

**Ronald Dewayne Smith**                                              **Judge Kennelly**

**v.**

**State of Illinois, et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: State of Illinois and Lisa Madigan, Illinois Attorney General

| | |
|---|---|
| NAME (Type or print) <br> Alice E. Keane | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Alice E. Keane | |
| FIRM <br> Office of the Illinois Attorney General | |
| STREET ADDRESS <br> 100 W. Randolph Street, 13th Fl. | |
| CITY/STATE/ZIP <br> Chicago, IL  60601 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216333 | TELEPHONE NUMBER <br> (312) 814-3711 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐