IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | |
| | ) | Case No. 07 C 7048 |
| STATE OF ILLINOIS, a body Politic, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Mr. Richard C. Moenning
      70 W. Madison Street, Suite 1400
      Chicago, IL 60602

    PLEASE TAKE NOTICE that on the 21st day of May, 2008 at 9:30 a.m., I shall appear before Judge Matthew F. Kennelly or whomever may be sitting in his stead, in Room 2103, at 219 South Dearborn Street, Chicago, Illinois, 60604, to present the attached **DEFENDANTS' MOTION TO DISMISS and MEMORANDUM OF LAW IN SUPPORT** thereof, a copy of which is hereby served upon you.

LISA MADIGAN                                    s/ALICE E. KEANE
Attorney General of Illinois                    ALICE E. KEANE
                                                Assistant Attorney General
                                                General Law Bureau
                                                100 W. Randolph Street, 13th Floor
                                                Chicago, Illinois 60601
                                                (312) 814-3711

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that on May 14, 2008 she caused to be filed through the Court's CM/ECF system the foregoing document, a copy of which will be electronically e-mailed to the parties of record.

                                          s/ALICE E. KEANE