# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of
Ronald Dewayne Smith,

              Plaintiff,

   v.

State of Illinois, et. al

             Defendants.

Judge Matthew F. Kennelly
Magistrate Judge Arlander Keys

Case Number: 07 C 7048

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Thomas Dart, Sheriff of Cook County and Richard Devine, State's Attorney of Cook County Cook County, Illinois

| (A) | (B) |
|---|---|
| SIGNATURE s/ Maureen O. Hannon. | SIGNATURE |
| NAME  Maureen O. Hannon | NAME |
| FIRM  Cook County State's Attorney's Office | FIRM |
| STREET ADDRESS  500 Richard J. Daley Center | STREET ADDRESS |
| CITY/STATE/ZIP  Chicago, Illinois 60602 | CITY/STATE/ZIP |
| TELEPHONE NUMBER  (312) 603-4370 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)  6206983 | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES [X]  NO [ ] | MEMBER OF TRIAL BAR?  YES [ ]  NO [ ] |
| TRIAL ATTORNEY?  YES [X]  NO [ ] | TRIAL ATTORNEY?  YES [ ]  NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?  YES [ ]  NO [ ] | MEMBER OF TRIAL BAR?  YES [ ]  NO [ ] |
| TRIAL ATTORNEY?  YES [ ]  NO [ ] | TRIAL ATTORNEY?  YES [ ]  NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [ ] | DESIGNATED AS LOCAL COUNSEL?  YES [ ]  NO [ ] |