## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7048 | **DATE** | 5/21/2008 |
| **CASE TITLE** | Smith vs. State of Illinois | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/24/2008 at 9:30 AM. Motion for extention of time is granted (24). Response to motion to dismiss is to be filed by 7/2/2008; reply brief by 7/16/2008. Time in which to serve defendants McGraw and State of West Virginia extended to 6/2/2008.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|