IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD DEWAYNE SMITH, ) | |
| ) | No.   07 C 7048 |
| Plaintiff, ) | |
| ) | Judge Matthew F. Kennelly |
| v                    . ) | |
| ) | Magistrate Judge Keys |
| STATE OF ILLINOIS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES

Now come the Defendants, Richard Devine, State's Attorney of Cook County, Thomas Dart, Sheriff of Cook County and Cook County (together referred to as the "County Defendants"), by and through their attorneys, RICHARD A. DEVINE, State's Attorney of Cook County, Patrick T. Driscoll, Jr., Deputy State's Attorney, and Marie Quinlivan Czech and Maureen O. Hannon, Assistant State's Attorneys, move for leave to file a motion to dismiss in excess of 15 pages. In support of the motion Defendants state the following:

1. Plaintiff has filed an "Amended Petition for Writ of Habeas Corpus and Complaint for Violations Civil Rights." The complaint is against the State's Attorney and the Sheriff of Cook County.

2. In response the County defendants are filing a single motion to dismiss.

3. Because the County defendants must address each of plaintiff's causes of action, their memorandum in support of the motion to dismiss will exceed 15 pages but will not exceed 25 pages.

WHEREFORE , based on the forgoing, the County defendants respectfully request leave

to file their Memorandum of Law in Support of the Motion To Dismiss which is in excess of 15 pages.

                                Respectfully submitted,

                                RICHARD A. DEVINE
                                State's Attorney of Cook County

                                By: /s/ Maureen O. Hannon
                                Assistant State's Attorney
                                ARDC # 6206983

Patrick T. Driscoll, Jr.
Deputy States Attorney
Chief, Civil Actions Bureau

Marie Quinlivan Czech
Maureen O. Hannon
Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-4370