IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH, | ) | |
| | ) | No.   07 C 7048 |
| Plaintiff, | ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| STATE OF ILLINOIS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Richard Moenning, Esq.
70 West Monroe St.
Suite 1400
Chicago, Illinois 60602

   Please take notice that on June 4, 2008 the undersigned filed the following documents: (1) Motion to Dismiss and (2) Memorandum of Law In support of Motion to Dismiss.

                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

                        By:   /s/ Maureen O. Hannon
                              ARDC # 6206983
                              Maureen O'Donoghue Hannon
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, IL 60602
                              312/603-4370

## CERTIFICATE OF SERVICE

   I, Maureen O. Hannon, Assistant State's Attorney, certify that I electronically filed the above motion with the Clerk of the Court and caused to be served upon the above listed individuals via the CM/ECF system on June 4, 2008.

                                    /s/ Maureen O. Hannon