IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH, | ) | |
| | ) | No.   07 C 7048 |
| Plaintiff, | ) | |
| | ) | Judge Matthew F. Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Keys |
| STATE OF ILLINOIS, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**   RICHARD MOENNING
70 West Madison Street
Suite 1400
Chicago, IL. 60602

Please take notice that on June 24, 2008 at 9:30 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge Matthew Kennelly or any Judge sitting in his stead, in the courtroom usually occupied by him in Room 2103, 219 S. Dearborn, Chicago, Illinois 60604 and present the attached Motion of Defendants for Leave to File A Brief in Excess of 15 pages

RICHARD A. DEVINE
State's Attorney of Cook County

By:   /s/ Maureen O. Hannon
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
312/603-4370

## CERTIFICATE OF SERVICE

I, Maureen O. Hannon, Assistant State's Attorney, certify that I electronically filed the above motion with the Clerk of the Court and caused to be served upon the above listed individuals via the CM/ECF system on June 4, 2008.

/s/Maureen O. Hannon
ARDC # 6206983