## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7048 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Smith vs. State of Illinois | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/8/2008 at 9:30 AM. Plaintiff's response to all pending motions to dismiss is due by 7/15/2008. Reply brief is due by 7/24/2008. Ruling by mail.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|