IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
|    PETITIONER/COMPLAINANT | ) | NO.  07 C 7048 |
|                  V. | ) | AMENDED PETITION |
| | ) | FOR WRIT OF |
| | ) | HABEAS CORPUS and |
| | ) | COMPLAINT FOR |
| STATE OF ILLINOIS, a body Politic, | ) | VIOLATIONS OF CIVIL |
| STATE OF WEST VIRGINIA, a body Politic, | ) | RIGHTS |
| LISA MADIGAN, ILLINOIS ATTORNEY | ) | |
| GENERAL, DARRELL MCGRAW, | ) | |
| WEST VIRGINIA ATTORNEY GENERAL, | ) | |
| DEPARTMENT OF POLICE OF THE CITY | ) | |
| OF CHICAGO, a body Politic, JOHN | ) | |
| SALEMME, HERMINIO FLORES, JR. | ) | |
| THOMAS DART, SHERIFF OF COOK | ) | |
| COUNTY, ILLINOIS, RICHARD A. | ) | |
| DEVINE, STATES ATTORNEY, COOK | ) | |
| COUNTY, ILLINOIS, JEFFERSON | ) | |
| COUNTY, WEST VIRGINIA BOARD OF | ) | |

1

EDUCATION, DAVID DIDDEN,            )

GREGORY DIDDEN, MARGARET DIDDEN)

BRAUN HAMSTEAD, and MICHAEL D.    )

THOMPSON, residents of WEST VIRGINIA)            )

    RESPONDENTS/ DEFENDANTS       )

### SMITH'S NOTICE OF FILING

TO: ALICE E. KEANE, ASSISTANT ATTORNEY GENERAL

    100 W. RANDOLOPH STREET, 13TH FLOOR

    CHICAGO, ILLINOIS 60601

    RICHARD A. DEVINE, COOK COUNTY STATE'S ATTORNEY

    ATTN: MARIE QUINLIVAN CZECH/MAUREEN O. HANNON/PATRICK T. DRISCOLL, JR.

    500 RICHARD J. DALEY CENTER

    CHICAGO, ILLINOIS 60602

    PLEASE TAKE NOTICE, that on July 15, 2008, I caused to be filed electronically with Service upon District Judge Matthew F. Kennelly, Smith's Response To State Defendants' Motion to Dismiss, a copy of which is electronically served upon each of the above named attorneys.

2

3

RONALD DEWAYNE SMITH, PLAINTIFF


s/RICHARD C. MOENNING, HIS LAWYER



RICHARD C. MOENNING

70 West Madison Street   Suite 1400

Chicago, Illinois 60602

312-263-0062

3