**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **RONALD DEWAYNE SMITH,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Judge Matthew F. Kennelly** |
| **v.** | ) | |
| | ) | **Case No. 07 C 7048** |
| **STATE OF ILLINOIS, a body Politic, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>NOTICE OF FILING</u>**

TO:    **All Parties of Record**

PLEASE TAKE NOTICE that on July 23, 2008, I caused to be filed with the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, the attached REPLY TO PLAINTIFF'S RESPONSE TO STATE DEFENDANTS' MOTION TO DISMISS.

*/s/ Alice E. Keane*

LISA MADIGAN                          ALICE E. KEANE
Illinois Attorney General              Assistant Attorney General
                                       General Law Bureau
                                       100 W. Randolph Street, 13th Floor
                                       Chicago, Illinois 60601
                                       (312) 814-3711

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney deposes and states that a copy of the foregoing was served upon all counsel of record by depositing same in the U.S. Mail at 100 W. Randolph St., Chicago, Illinois 60601with proper postage prepaid and/or by e-mailing same via CM/ECF Filing at his/her e-mail address on file on the 23rd day of July, 2008.

*/s/ Alice E. Keane*
Assistant Attorney General