# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7048 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Smith vs. Madigan | | |

**DOCKET ENTRY TEXT**

The motion of Barbara Allen for leave to appear pro hac vice is granted [39].

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|