IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS,  EASTERN DIVISION


| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | |
| V. | ) | NO.  07 C 7048 |
| | ) | DISTRICT JUDGE |
| STATE OF ILLINOIS, ETC., ET. AL. | ) | MATTHEW KENNELLY |
| | ) | PRESIDING |
| RESPONDENTS/ DEFENDANTS | ) | |


## PLAINTIFF'S MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 15 PAGES

Ronald DeWayne Smith, plaintiff by Richard C. Moenning, his lawyer respectfully moves this Honorable Court for an Order Granting Plaintiff Leave To File A Brief in Excess of 15 Pages and in support thereof respectfully states:

1.    Plaintiff filed his "Amended Petition For Writ of Habeas Corpus and Complaint For Violations of Civil Rights," April 19, 2008, and County Defendants (Richard A. Devine, Cook County State's Attorney and

Thomas Dart, Cook County Sheriff) filed a combined Motion to Dismiss

Plaintiff's Petition For Writ of Habeas Corpus (Count I) and Plaintiff's

Complaint For Violations of Civil Rights (Count II).

2.   County Defendants' raised issues pertaining to the Court's Subject

Matter Jurisdiction and the plaintiff's claims for relief under the

Statutes and Constitution of the United States that interwove the

asserted defenses of immunity from suit and immunity from liability,

statute of limitations, and the several aspects of the doctrine

exhaustion of remedies.  These asserted defenses required case

citations and argument that extending plaintiff's response beyond 15

pages.

3.   Plaintiff also discovered County Defendants asserted matters outside

plaintiff's complaint and raised the issue of whether the Rule 12(b)(6)

Motion was a Rule 56 Motion For Summary Judgment that required

additional pages for response and extended plaintiff's brief beyond 15

pages.

4.   Finally, County Defendants' raised issues involving alleged claims

against the Sheriff of Cook County that were not raised and required

response that extended plaintiff's brief beyond 15 pages.

5.   Plaintiff's Brief exceeds the 15 pages authorized by Local Rule 7.1 by 8

pages and plaintiff seeks authorization and waiver of indexing

requirements of Briefs in excess of 15 pages as the additional pages

were necessary to adequately and professionally respond to the County

defendant's arguments.

WHEREFORE, plaintiff respectfully prays an order permitting the

filing of SMITH'S RESPONSE TO COUNTY DEFENDANTS' MOTION TO

DISMISS in excess of 15 pages, for such other or further relief in the

premises as is just and equitable.


RONALD DEWAYNE SMITH, PLAINTIFF

s/ Richard C. Moenning

RICHARD C. MOENNING, HIS LAWYER


RICHARD C. MOENNING

70 West Madison Street   Suite 3700

Chicago, Illinois 60602

312-263-0062