IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS,  EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | |
| V. | ) | NO.  07 C 7048 |
| | ) | DISTRICT JUDGE |
| STATE OF ILLINOIS, ETC., ET. AL. | ) | MATTHEW KENNELLY |
| | ) | PRESIDING |
| RESPONDENTS/ DEFENDANTS | ) | |

## PLAINTIFF'S MOTION TO ENLARGE TIME LIMIT FOR SERVICE OF SUMMONS

Ronald DeWayne Smith, plaintiff by Richard C. Moenning, his lawyer respectfully moves this Honorable Court for an Order Enlarging the Time Limit For Service of Summons and Plaintiff's Amended Petition For Writ of Habeas Corpus and Complaint For Violations of Civil Rights, and in support thereof respectfully states:

1. On Leave of Court Plaintiff filed his "Amended Petition For Writ of Habeas Corpus and Complaint For Violations of Civil Rights," April 19,

1

2008, and has served the State of West Virginia and Darrell McGraw, the Attorney General of West Virginia (in addition to the State Defendants and County Defendants).

2. Rule 4(m) of the Federal Rules of Procedure allow plaintiff 120 days after the filing of the complaint to effect service of summons.

3. Rule 4(m) provides for dismissal without prejudice upon motion and Notice of Plaintiff or the Court may direct that service be effected within a specified time.

4. For Good Cause, plaintiff and his counsel were engaged in responding to the State Court proceedings and to the Motions To Dismiss in these proceedings and in addition, plaintiff's counsel has been required to attend to other pending matters in this Court and in a number of State Courts and that have caused plaintiff to exceed the 120 days by 18 days.

5. Plaintiff and his counsel have prepared the summons for issuance by the Clerk of this Court and respectfully seek a designated date, or an additional 12 days to effect service of summons. If allowed, service upon all defendants will be effected on or before September 20, 2008.

WHEREFORE, plaintiff respectfully prays an order Enlarging the Time Limit For Service Summons and designating a specified time for service to on or before September 20, 2008, or an additional 30 days allowed by Rule

4(m), and for such other or further relief in the premises as is just and equitable.

                        RONALD DEWAYNE SMITH, PLAINTIFF

                        s/ Richard C. Moenning

                        RICHARD C. MOENNING, HIS LAWYER

RICHARD C. MOENNING

70 West Madison Street   Suite 3700

Chicago, Illinois 60602

312-263-0062