IN THE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD DEWAYNE SMITH | ) | |
| PETITIONER/COMPLAINANT | ) | |
| V. | ) | NO.  07 C 7048 |
| | ) | DISTRICT JUDGE |
| STATE OF ILLINOIS, ETC., ET. AL. | ) | MATTHEW KENNELLY |
| | ) | PRESIDING |
| RESPONDENTS/ DEFENDANTS | ) | |

**PLAINTIFF'S NOTICE OF MOTIONS**

TO:   **MARIE QUINLIVAN CZECH
MAUREEN O. HANNON
ASSISTANT STATE'S ATTORNEYS
500 RICHARD J. DALEY CENTER
CHICAGO, ILLINOIS 60602**

**ALICE ELIZABETH KEANE
ASSISTANT ATTORNEY GENERAL
OFFICE OF THE STATE ATTORNEY  GENERAL
100 WEST RANDOLPH STREET- 12 FLOOR
CHICAGO, ILLINOIS 60601**

**PLEASE TAKE NOTICE that on Thursday, September 4, 2008,**

**at 9:30 a.m. or as soon as counsel may be heard, the undersigned**

**lawyer for plaintiff shall appear before the Honorable Judge**

1

Matthew Kennelly or any Judge sitting in his place and stead, in the Courtroom usually occupied by him in Room 2103, 219 S. Dearborn, Street, Chicago, Illinois 60604, to present plaintiff's Motions: (1) Uncontested Motion For Leave to file "Smith's Response To County Defendants' Motion To Dismiss" (2) Smith's Motion For Leave To File Brief in Excess of 15 Pages, and (3) Smith's Motion To Enlarge Time Limit For Service of Summons, a copy of which Motions were electronically filed August 31, 2008, and at which time you may appear and be heard.

        RONALD DEWAYNE SMITH, PLAINTIFF

        s/ Richard C. Moenning

        RICHARD C. MOENNING, LAWYER

Richard C. Moenning

70 West Madison Street, Suite 3700

Chicago, Illinois 60602

312-263-0062

## CERTIFICATE OF SERVICE

The undersigned lawyer, certifies that the above three motions and this notice were electronically filed with the Clerk of the above named Court, August 31, 2008, and served by CM/ECF on the above named counsel.

        s/ Richard C. Moenning

        _____

3