# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7048 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Smith vs. State of Illinois | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 10/14/2008 at 9:30 AM. Motion for extension of time to serve summons is granted to 9/19/2008. Motion for leave to file brief in excess of 15 pages is granted. Motion to file response to motion to dismiss instanter is granted. Reply by County defendants due by 10/2/2008.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|